No. 444. WALTER *v.* INDIANA. Jurisdictional statement distributed October 31, 1936. Decided November 9, 1936. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. P. H. Marshall* for appellant.

514

No appearance for appellee.